

# Fourth Court of Appeals
## San Antonio, Texas

June 4, 2025

No. 04-24-00560-CV

**IN RE AEP TEXAS INC.**

Original Proceeding[1]

**ORDER**

Sitting:      Irene Rios, Justice
                Lori I. Valenzuela, Justice
                Adrian A. Spears II, Justice

On August 22, 2024, relator filed a petition for a writ of mandamus. Real party in interest filed a response on September 16, 2024, and relator filed a reply on September 19, 2024. After considering the mandamus petition and record, the response, and the reply, this court concludes relator is not entitled to the relief sought. Therefore, relator's petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8. This court's August 22, 2024 order staying all underlying proceedings in the trial court is LIFTED.

It is so **ORDERED** on June 4, 2025.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of June, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 22-09-41428-MCV, styled *AEP Texas Inc. v. WS Land and Cattle, LLC*, pending in the 293rd Judicial District Court, Maverick County, Texas, the Honorable Maribel Flores presiding.